# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WAYNE GROGAN,<br><br>　　　　Petitioner<br><br>　　v.<br><br>CURVA,<br><br>　　　　Respondent. | Case No. 2:20-cv-03483-JAK (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Summarily Dismissing Petition Without Prejudice; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated: May 8, 2020　　　　　_____
　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE